IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE ARTHUR BRUMFIELD, #129 996, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:12-CV-478-WHA |
| LUTHER STRANGE, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 20) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 20) of the Magistrate Judge is ADOPTED;

2. Plaintiff's federal claims challenging events which occurred on or before August 2, 2007 are DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) as Plaintiff failed to file the complaint with regard to these allegations within the time prescribed by the applicable period of limitation;

3. Plaintiff's challenge to the validity of his confinement in the custody of the Alabama Department of Corrections is DISMISSED without prejudice in

       accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii);

4.     Plaintiff's pendent state law claim is DISMISSED without prejudice; and

5.     This complaint is DISMISSED prior to service of process.

A separate judgment shall issue.

Done this 28th day of August, 2012.


                           /s/ W. Harold Albritton
                           SENIOR UNITED STATES DISTRICT JUDGE